UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELAINE C. HALL,                           23-cv-10385 (JGK)

        Plaintiff,                ORDER

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 20, 2024**, at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
         February 14, 2024

                                    John G. Koeltl
                          United States District Judge