

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 15, 2024

**Via ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> *[Handwritten order:]* The plaintiff may file an amended complaint by 3/8/24. The defendant may respond by 3/22/24 or seek a pre-motion conference. The conference scheduled for 2/20/24 is canceled. So ordered. /s/ JGK (sel?) U.S.D.J. 2/16/24

Re: Hall v. New York City Department of Education
    Case No. 23-CV-10385 (JGK)

Dear Judge Koeltl:

We represent Plaintiff Elaine Hall ("Plaintiff") in the above-referenced action. We write to request a temporary adjournment of the conference for February 20, 2024, scheduled in response to Defendant's request for a pre-motion conference to request permission to move to dismiss the Complaint. This is first request for adjournment of the conference.

Pursuant to FRCP 15(a)(1)(B), Plaintiff plans to amend the Complaint. According to FRCP 15(a)(3), Defendant will have 14 days thereafter to respond to the amended pleading. As such a conference on a 12(b)(6) motion is premature and going forward would be a waste of judicial resources. We have conferred with the opposing counsel and conveyed our plan to amend the Complaint and seek a postponement. Defendant did not consent because they have not seen the amended complaint.

It is respectfully requested that the telephone conference scheduled for February 20, 2024, at 4 pm be postponed for the foregoing reasons.

Thank you, Your Honor, for your consideration in this matter.

Respectfully Submitted,

*/s/ Michelle A. Caiola*

Michelle A. Caiola