```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
DR. ELAINE C. HALL,

          Plaintiff,

   - against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

23-cv-10385 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

   The parties are directed to appear for oral argument on **Tuesday, November 19, 2024**, at **12:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:   New York, New York
         November 4, 2024

                                     /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge