```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

DR. ELAINE C. HALL,

            Plaintiff,

   - against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

            Defendant.

23-cv-10385 (JGK)

ORDER

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    This case is **stayed**. On March 26, 2025, this Court referred this case to Magistrate Judge Figueredo for settlement. The parties are directed to provide a status update to this Court within **seven (7) days** after the conclusion of settlement efforts.

SO ORDERED.

Dated:   New York, New York
         March 26, 2025

                                      John G. Koeltl
                             United States District Judge