UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. ELAINE C. HALL,

                        Plaintiff,                **23-CV-10385 (JGK)**

       -against-                  **ORDER SCHEDULING**
                                                                    **SETTLEMENT CONFERENCE**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A follow-up settlement conference in this matter is scheduled for **Thursday, September 18, 2025 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo).  Pre-conference submissions must be received by the Court no later than **Thursday, September 11, 2025.**

      SO ORDERED.

DATED:     New York, New York
               July 7, 2025

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                        United States Magistrate Judge