UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. ELAINE C. HALL,

           Plaintiff,          23-cv-10385 (JGK)

  - against -                ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide an update on the status of the case by **July 21, 2025**.

SO ORDERED.
Dated:    New York, New York
            July 7, 2025

                                           /s/ John G. Koeltl
                                           John G. Koeltl
                                   United States District Judge