UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ELAINE C. HALL,

          Plaintiff,          23-cv-10385 (JGK)

  - against -               ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,

          Defendant.

JOHN G. KOELTL, District Judge:

    The time to provide a status update is adjourned to September 25, 2025.

SO ORDERED.
Dated:    New York, New York
          July 8, 2025

                                      John G. Koeltl
                               United States District Judge